

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST ET AL <br><br> PLAINTIFF(S) <br> V. <br> JAMES THOMPSON ETC <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV 04-530 CBM (JTLx) <br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

JAMES THOMPSON, individual doing business as

JAMES THOMPSON PORTABLE WELDING

Clerk, U. S. District Court

By L Chai
Deputy Clerk

4/26/04
Date

DOCKETED ON CM
APR 26 2004
BY          006

CV-37 (10/01)    DEFAULT BY CLERK F.R.Civ.P. 55(a)